RONALD WILCOX, Bar #176601
ATTORNEY AT LAW
2160 THE ALAMEDA, FIRST FLOOR, #F
SAN JOSE, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
Attorney for Plaintiff WAYNE COHEN

*E-Filed 4/25/05*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WAYNE COHEN, Plaintiff | ) **NOTICE OF DISMISSAL** AND ORDER ) ) |
| v. | ) Civil Action ) No.C03-05793-HRL |
| RICHARD MURPHEY, JEANNE CALLAWAY, THE SHEPARD COMPANIES, INC. Defendants. | ) ) ) ) ) ) |

The parties have resolved this matter through settlement and stipulation.

Therefore, Plaintiff files this Notice of Dismissal with prejudice.

/S/ Ronald Wilcox_____                         4/19/2005
Ronald Wilcox, Counsel for                         Date
Plaintiff

IT IS SO ORDERED.

4/25/05                                    __/s/ Howard R. Lloyd_____
                                            Howard R. Lloyd
                                            United States Magistrate Judge